UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THOMAS KLUTHO, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case No. 4:06CV1210 CDP |
| NEW DAY FINANCIAL, LLC., | ) ) ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that defendant's motion for an extension of time to file a response to plaintiff's motion for class certification [#24] is granted **in part only as follows:**

> Defendants shall file their memorandum in opposition to class certification by not later than **November 1, 2007.** Plaintiffs shall file their reply memorandum in support of class certification by not later than **November 15, 2007. The parties shall advise the Court whether they want a hearing on class certification by not later than November 15, 2007.**

**IT IS FURTHER ORDERED** that defendant's motion for hearing [#25] is denied as moot.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 21st day of August, 2007.